### In re Adel SHESHTAWY, Relator.

### No. 14–03–00808–CV.

Court of Appeals of Texas,
Houston (14th Dist.).

Aug. 7, 2003.

Scott Ramsey, Houston, for relator.

Shawn Russel Casey, Houston, for respondent.

Panel consists of Justices YATES, HUDSON, and FROST.

### MEMORANDUM OPINION

PER CURIAM.

On July 22, 2003, relator, Adel Sheshtawy, filed a petition for writ of habeas corpus. *See* TEX. GOV'T CODE ANN. § 22.221(d) (Vernon Supp.2000); TEX. R.APP. P. 52.

We deny relator's petition for writ of habeas corpus for the reasons set out in *In re Sheshtawy*, No. 14–03–00444–CV, 161

S.W.3d 1, 2003 WL 1922869 (Tex.App.-Houston [14th Dist.] 2003) (orig.proceeding).